**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN 279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFF'S COUNSEL LISTED ON SIGNATURE PAGE]

*Attorneys for Plaintiff*,
Mohammad Sarabi

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MOHAMMAD SARABI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**EVERBANK, FSA,**<br><br>Defendant. | **Case No.:** 13-cv-2461 CAB (BLM)<br><br>**JOINT MOTION TO DISMISS THE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO FED. R. CIV. P. 41(A)** |

///
///
///
///
///
///
///
///
///

Plaintiff MOHAMMAD SARABI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED ("Plaintiff") and Defendant EVERBANK, FSA ("Defendant"), by and through their undersigned counsel, respectfully submit this Joint Motion for Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Plaintiff and Defendant hereby jointly move to dismiss the Action with prejudice as to Plaintiff and without prejudice as to the putative class members with each party to bear its own costs and attorneys' fees.

Dated: May 16, 2014                                          Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: ____/s/ Abbas Kazerounian___
ABBAS KAZEROUNIAN, ESQ.
ATTORNEY FOR PLAINTIFF


**HOGAN LOVELLS US LLP**

By: _____/s/ Neil R. O'Hanlon___
NEIL R. O'HANLON, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mr. O'Hanlon, counsel for Defendant, and that I have obtained Mr, O'Hanlon's authorization to affix his electronic signatures to this document.

///

**JOINT MOTION TO DISMISS THE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**                                    PAGE 2 OF 3

| | |
|---|---|
| Date: May 16, 2014 | **KAZEROUNI LAW GROUP, APC** |
| | By: ____/s/ Abbas Kazerounian____ |
| | ABBAS KAZEROUNIAN, ESQ. |
| | ATTORNEY FOR PLAINTIFF |

**KAZEROUNI LAW GROUP, APC**
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

JOINT MOTION TO DISMISS THE ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS MEMBERS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)                    PAGE 3 OF 3