# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MOHAMMAD SARABI, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**EVERBANK, FSA,**<br><br>Defendant. | **Case No.:** 13-cv-2461 CAB (BLM)<br><br>[~~PROPOSED~~] ORDER<br><br>[DOC. NO. 31] |

Based upon the Parties' Joint Motion, and good cause, this Court hereby orders the Action to be, and is, dismissed with prejudice as to Plaintiff and without prejudice as to the putative class members. Each party to bear their own attorneys' fees and costs.

Dated: May 19, 2014

_____
HONORABLE CATHY A. BENCIVENGO
U.S. DISTRICT JUDGE

---

[PROPOSED] ORDER                                                                                    PAGE 1 OF 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**